Filed
Clerk of Court
United States District Court
By jamesburrell
On: November 4, 2026

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO:** 1:26-CR-79 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2252A(a)(5)(B)** |
| | ) | **Possession of Child Pornography** |
| **ROBERT ANTHONY SELADIS** | ) | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense described in the Indictment are as follows:

**Counts 1 and 2:** **Possession of Child Pornography**
18 U.S.C. § 2252A(a)(5)(B)

- Not more than twenty (20) years of imprisonment;
- Not more than a $250,000 fine;
- Not less than five (5) years of supervised release, but not more than life;
- Forfeiture of forfeitable assets;
- $100 special assessment, per count;
- An assessment of $5,000.00 per count under 18 U.S.C. § 3014;
- Registration as a sex offender under the Sex Offender Registration and Notification Act; and
- An assessment for child pornography cases, pursuant to 18 U.S.C. § 2259A, per count.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***

Tara M. Lyons
Assistant United States Attorney