# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

**CASE NO.:** 1:26cr079

**DATE:** November 12, 2026

**UNITED STATES OF AMERICA**

V
Robert Anthony Seladis

**TIMES:** 2:19 - 2:24

**Honorable:** J. Randal Hall, U.S. District Court Judge

**Courtroom Deputy:** Courtnay Capps

**Court Reporter:** FTR

**Interpreter:**

**Probation Officer:** Travis Gauthreaux

**Security:** CSO Douglas; USMS Ketelaar

**Attorney for Government:** Tara Lyons

**Attorney for Defendant(s):** Richard Pacheco

**PROCEEDINGS: ARRAIGNMENT**

- [ ] Defendant advised of rights
- [ ] CJA counsel appointed
- [x] Defendant advised of charges and penalties
- [x] Not guilty plea entered
- [x] Pretrial motions due within 60 days
- [x] Government Expert Disclosures due within Not Applicable
- [x] Defense Expert Disclosures due within 60 days
- [ ] Government does not move for detention
- [ ] Government moves for detention:
  - [ ] Defendant waives detention hearing at this time
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held
    - [ ] Witness for Gov't: — [ ] Witness Sworn
    - [ ] Witness for Def: — [ ] Witness Sworn
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to custody of USMS
- [ ] Defendant granted bond:

- [x] Rule 5/Brady materials reviewed

Notes:

Matter of detention was addressed in MJ 126-64.